UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

COMPONENT HARDWARE GROUP, INC., :
: CIVIL ACTION NO. 05-891(MLC)
    Plaintiff, :
:
    v. : **TRIAL**
: **SCHEDULING ORDER**
TRINE ROLLED MOULDING CORP., :
:
    Defendant. :
_____:

    This matter being discussed at the Final Pretrial Conference conducted on this date, on request of the parties to establish a schedule for certain pretrial motions and other proceedings in this matter; and for good cause appearing,

    **IT IS** on this    20th    day of August, 2009, **ORDERED** that in preparation for the trial the parties will comply with the following schedule:

    8-24-09   Trine serves Requests for Admissions;

    9-15-09   Component responds to same, and may serve Requests for Admissions;

    9-15-09   Parties file motions addressing expert evidence;

    9-29-09   Parties file opposition to expert motions;

    10-6-09   Parties file reply briefs re: expert motions;

    10-6-09   Trine responds to Component's Requests for Admissions (if any);

    10-13-09  Parties advise each other which prospective trial witnesses each will produce in response to notice from the adversary, without need of subpoena (to be done no later than this date);

| | |
|---|---|
| 10-13-09 | **Conference call at 1:00 to schedule hearing on expert motions;** |
| 11-3-09 | Parties file <u>in</u> <u>limine</u> motions; |
| 11-17-09 | Parties file opposition to <u>in</u> <u>limine</u> motions; |
| 11-24-09 | Parties file reply briefs re: <u>in</u> <u>limine</u> motions; |
| 12-1-09 | **Oral argument at 11:00 on <u>in</u> <u>limine</u> motions;** |
| 12-29-09 | Parties exchange proposed exhibit lists and deposition designations; |
| 1-14-10 | **In-court conference at 11:00 re: exhibits, deposition designations, and other evidence issues including demonstrative materials, charts and summaries; parties to state estimated length of trial;** |
| 2-2-10 | Parties submit proposed voir dire questions, jury instructions and verdict sheets; |
| 2-9-10 | **Trial management conference at 11:00;** |
| 3-2-10 | **Jury selection and trial.** |

                                                s/
                                         **MARY L. COOPER**
                                         United States District Judge